## JOINER *et al.* v. COBB.

No. 2899. Opinion Filed November ·11, 1913.

(136 Pac. 421.)

**APPEAL AND ERROR**—Dismissal—Failure to File Brief. Where plaintiff in error fails to file his brief as required by rule 7 (38 Okla. vi, 95 Pac. vi), the appeal will be dismissed.

(Syllabus by Harrison, C.)

*Error from District Court, Grady County;*
*Frank M. Bailey, Judge.*

Action by Sampson Cobb against C. M. Joiner and others. Judgment for plaintiff, and defendants .bring error. Dismissed.

L. J. Marks, John Burton,, and W. D. Gibbs, for plaintiffs in· error.

C. M. Feichheimer and C. S. Arnold, for defendant in error.

Opinion by HARRISON, C. The petition in error and transcript of the record below were filed in this court August 3, 1911. October 1, 1911, defendant in error filed motion to dismiss for failure to comply with rule 7 of this court (38 Okla. vi, 95 Pac. vi). The cause was assigned for submission at the June term, 1913.

No briefs having been filed, the motion to dismiss is sustained, and the appeal dismissed.

By the Court: It is so ordered.